Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT - 9 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                        Plaintiff,

        v.

ANGEL OMAR ZUNIGA-
SORIANO,

                        Defendants.

1:24-CR-2069-MKD

INDICTMENT

18 U.S.C. §§ 111(a)(1) & (b)
Assault of Federal Officers
(Count 1)

18 U.S.C. § 924(c)(1)(A) & (B)
Possession of a Machine Gun During a
Crime of Violence
(Count 2)

18 U.S.C. §§ 922(o), 924(a)(2)
Illegal Possession of a Machine Gun
(Count 3)

18 U.S.C. § 924, 28 U.S.C. § 2461
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

On or about June 29, 2024, in the Eastern District of Washington, the

Defendant, ANGEL OMAR ZUNIGA-SORIANO, did forcibly assault B.B. and

INDICTMENT – 1

L.D., both of whom were Special Law Enforcement Commissioned Officers with the Bureau of Indian Affairs, while both were engaged in their official duties, with a deadly or dangerous weapon, specifically a firearm, in violation of 18 U.S.C. §§ 111(a)(1) & (b).

## COUNT 2

On or about June 29, 2024, in the Eastern District of Washington, the Defendant, ANGEL OMAR ZUNIGA-SORIANO, did knowingly use, carry, brandish, and discharge a machine gun during and in relation to a crime of violence for which the Defendant may be prosecuted in a court of the United States, to wit: Assault on Federal Officers, as charged in Count 1 of this Indictment, in violation of 18 U.S.C. §§ 924(c)(1)(A) & (B).

## COUNT 3

On or about June 29, 2024, in the Eastern District of Washington, the Defendant, ANGEL OMAR ZUNIGA-SORIANO, did knowingly and unlawfully possess a firearm as defined in 26 U.S.C. § 5845(a)(6), that is, a machine gun within the meaning of 26 U.S.C. § 5845(b), and more particularly described as a "Glock switch", which is a part, or combination of parts, designed and intended solely and exclusively for use in converting a weapon into a machine gun, in violation of 18 U.S.C. §§ 922(o)(1), 924(a)(2).

INDICTMENT – 2

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 924(c)(1)(A) & (B) Possession of a Machine Gun During a Crime of Violence (Count 2), and/or 18 U.S.C. §§ 922(o), 924(a)(2) Illegal Possession of a Machine Gun (Count 3), as set forth in this Indictment, Defendant, ANGEL OMAR ZUNIGA-SORIANO, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense(s).

DATED this _8_ day of October 2024.

A TRUE BILL



_____
Foreperson

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Thomas J. Hanlon_
Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 3